971 A.2d 1120

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony WASHINGTON, Petitioner.**

**No. 34 EM 2009.**

Supreme Court of Pennsylvania.

April 28, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of April, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Petitioner's counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.